**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROSALINDA APONTE,

                Plaintiff,                      22 **CIVIL** 1240 (GWG)

    -against-                                  <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 19, 2023, For the foregoing reasons, Aponte's motion for judgment on the pleadings (Docket # 18) is denied, and the Commissioner's cross-motion (Docket # 20) is granted.

**Dated:** New York, New York
          September 19, 2023

                                              **RUBY J. KRAJICK**
                                                Clerk of Court

                        **BY:** _____
                                                **Deputy Clerk**